**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TIMOTHY E. HOLZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1513-D |
| | ) | |
| DEE NOLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation ("Report") issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). [Doc. No. 6]. Judge Mitchell recommends denying Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. Nos. 2, 5]. Furthermore, Judge Mitchell recommends that the Court dismiss the action without prejudice within 21 days of the Court adopting her recommendation if Plaintiff has not paid the full filing fee of $405.00.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 6] is **ADOPTED** in its entirety. Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Doc. Nos. 2,5] is **DENIED**. If Plaintiff's filing fee is not received by the Clerk of Court on or before September 3, 2026, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 12th day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE